IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XAVIER B. ORTIZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL NUTTER; LOUIS GIORLA; | : | |
| MAJOR ABELLO; C/O HERRERA; | : | |
| SERGANT RYAN; and M. FARRELL. | : | NO. 15-4689 |

## ORDER

AND NOW, this 14th day of October, 2016, upon consideration of Defendants' motion to dismiss (Doc. No. 7) and Plaintiff's response (Doc. No. 11), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED**:

1. Defendants' motion to dismiss is **GRANTED in part and DENIED in part.** As explained in the Opinion, Defendants' motion to dismiss is **DENIED** as to the "burning" claim. Plaintiff's "triple celling" and "inadequate medical care" claims are **DISMISSED.**

2. Plaintiff is given leave to amend his complaint with respect to the "triple celling" and "inadequate medical care" claims to cure the deficiencies outlined in the Opinon. Plaintiff shall file an amended complaint **by or before November 21, 2016.**

3. Upon the filing of an amendment, the Clerk of Court shall not make service until so **ORDERED.**

BY THE COURT:

_____
MITCHELL S. GOLDBERG
**United States District Judge**